**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**COURT FILE NO.: CV 01-275 PAM/JGL**

| | |
|---|---|
| Kathryn M. Armstrong,<br><br>Plaintiff,<br>vs.<br><br>Americas Network,<br>"Ms. Gonzalez" individually<br><br>Defendants. | **NOTICE OF DISMISSAL WITH PREJUDICE** |

**IT IS HEREBY STIPULATED AND AGREED** to by the Plaintiff, Kathryn Armstrong and her attorneys, that the above-entitled action against Defendant, shall be and hereby is dismissed with prejudice and on the merits, without costs, or disbursements, or attorneys' fees to any party and that a judgment of dismissal with prejudice may be entered in the above-entitled action pursuant hereto.

**THE BARRY LAW OFFICE, LTD.**
Peter F. Barry
Attorney for Plaintiff
342 East County Road D
St. Paul, Minnesota 55117
Attorney I.D. #: 0266577
Telephone: (651) 714-8800

**CONSUMER JUSTICE CENTER, P.A.**
By:________________
Thomas J. Lyons, Jr.
Attorney for Plaintiff
Attorney I.D. #: 249646
342 East County Road D
Little Canada, Minnesota 55117
Telephone: (651) 770-9707

**ORDER**

Based on the above Notice for Dismissal filed herewith, this Court hereby orders that Plaintiff's Complaint against Defendant, shall be, and herewith is, dismissed with prejudice without costs, or disbursements, or attorneys' fees to any party.

**LET JUDGMENT BE ENTERED ACCORDINGLY**

Dated: April 30, 2001

________________
Honorable Judge Paul A. Magnuson
United States District Court



FILED MAY 07 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD MAY 07 2001
DEPUTY CLERK________